# United States Court of Appeals
## For the First Circuit

No. 22-1258

ALLSTATE INSURANCE COMPANY,

Plaintiff, Appellee,

v.

JAMES FOUGERE, SARAH BRODY-ISBILL, A BETTER INSURANCE
AGENCY, INC. a/k/a ABIA,

Defendants, Appellants.

**ERRATA SHEET**

The opinion of this Court issued on August 29, 2023, is amended as follows:

On page 38, line 11, replace "forego" with "forgo"